**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Jan Cramer,   Civil No. 07-725 (DWF/SRN)

          Plaintiff,

v.   **ORDER ADOPTING REPORT**
                                      **AND RECOMMENDATION**
Dr. Iverson, et al.,

          Defendants.

---

Jan Cramer, *Pro Se*, Plaintiff.

Mary J. Madigan, Assistant United States Attorney, United States Attorney's Office, counsel for Defendants.

---

This matter is before the Court upon Plaintiff Jan Cramer's ("Plaintiff") self-styled objections to Magistrate Judge Susan Richard Nelson's Report and Recommendation dated September 19, 2008, recommending that: (1) Defendants' motion to dismiss be denied; (2) Defendants' motion for summary judgment be granted; (3) Plaintiff's motion to add an additional defendant be denied; (4) Plaintiff's motion for summary judgment be denied as moot; and (5) Plaintiff's motion to order medical care or, in the alternative, to be released be denied as moot.

The Court has conducted a *de novo* review of the record, including a review of the arguments and submissions of counsel, pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.2(b). The factual background for the above-entitled matter is clearly and

precisely set forth in the Report and Recommendation and is incorporated by reference for purposes of Plaintiff's objections.

Based upon the *de novo* review of the record and all of the arguments and submissions of the parties and the Court being otherwise duly advised in the premises, the Court hereby enters the following:

**ORDER**

1. Plaintiff Jan Cramer's objections (Doc. No. 57) to Magistrate Judge Susan Richard Nelson's Report and Recommendation dated September 19, 2008, are **DENIED**.

2. Magistrate Judge Susan Richard Nelson's Report and Recommendation dated September 19, 2008 (Doc. No. 56), is **ADOPTED**.

3. Defendants' motion to dismiss (Doc. No. 28) is **DENIED**.

4. Defendants' motion for summary judgment (Doc. No. 28) is **GRANTED**.

5. Plaintiff's motion to add an additional defendant (Doc. No. 21) is **DENIED**.

6. Plaintiff's motion for summary judgment (Doc. No. 27) is **DENIED AS MOOT.**

7. Plaintiff's motion to order medical care or, in the alternative, to be released (Doc. No. 54) is **DENIED AS MOOT**.


Dated: November 5, 2008         s/Donovan W. Frank
                                DONOVAN W. FRANK
                                Judge of United States District Court